UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22626

ROCKY RAFAEL FERNANDEZ NAVARRO,

    Plaintiff,

vs.

SELENIS TECHNOLOGIES LLC,
VALERIO CERRON, AND UWE CERRON,

    Defendants.
_____/

**<ins>ALIAS SUMMONS IN A CIVIL ACTION</ins>**
**<ins>PURSUANT TO FLA. STAT. §48.191</ins>**

TO:    SELENIS TECHNOLOGIES LLC
        c/o SECRETARY OF STATE
        P.O. BOX 6327
        TALLAHASSEE, FL 32314

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Toussaint M. Cummings, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        toussaint@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 23, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts