UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22626-MOORE/LOUIS

ROCKY RAFAEL FERNANDEZ NAVARRO,

    Plaintiff,

vs.

SELENIS TECHNOLOGIES LLC,
VALERIO CERRON, AND UWE
CERRON,

    Defendants.
_____/

## **NOTICE OF FILING PROOF OF SERVICE BY SECRETARY OF STATE**

    Plaintiff, Rocky Fernandez, notices the Court and all parties of the filing of proof of service by the Secretary of State on **SELENIS TECHNOLOGIES LLC**, on September 23, 2022, which was received via U.S Mail on February 17 ,2023 and HEREBY CERTIFIES that a true and correct copy of the document was filed by eFiling on this 17th day of February 2022.

                                              s/Toussaint Cummings, Esq.
                                              Toussaint Cummings, Esq. (119877)
                                              toussaint@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Ave
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:   305.230.4884
                                              *Counsel for Plaintiff*