UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22626

ROCKY RAFAEL FERNANDEZ NAVARRO,

Plaintiff,

vs.

SELENIS TECHNOLOGIES LLC,
et al.

Defendants.

_____/

## **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT**

This matter came on to be heard regarding Defendant Selenis Technologies LLC's above-described Motion for Extension of Time, and the Court having reviewed the relevant motions, considered legal argument and otherwise being advised in the premises, it is:

ORDERED AND ADJUDGED that Defendant's Motion for Extension of Time to Answer the Complaint is hereby GRANTED. Defendant Selenis Technologies LLC. shall file their responsive to the complaint on or before March 8, 2023.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of March, 2023

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

**Copies to:**     **Counsel of Record**