**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:22-CV-22626**

**ROCKY RAFAEL FERNANDEZ NAVARRO,**

**Plaintiff,**

**vs.**

**SELENIS TECHNOLOGIES LLC,**
**et. al.**

**Defendants.**
_____/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

COME NOW, Plaintiff NAVARRO and Defendant, SELENIS TECHNOLOGIES LLC, by and through their undersigned attorney, and hereby files its Response to Order to Show Cause, and states as follows:

1.      On August 19, 2022, the Court issued a Paperless Order requiring Plaintiff to file a Statement of Claim, and Defendant(s) to file a response within 15 days of service of the Plaintiff's statement of claim. [D.E. 4]. The Court further ordered the Parties to schedule a settlement conference with Magistrate Judge Louis within 55 days of the Notice. *Id.*

2.      Plaintiff made various attempts to serve the Defendants. [D.E. 17]. Plaintiff contended that Defendant was evading service which prevented Plaintiff from effectuating service. While Defendant Selenis disputes this account, the issue is now rendered moot.

3.      Upon the filing of a Motion for Substituted Service, Plaintiff was able to effectuate service of Defendant Selenis Technology through the Florida Secretary of State. [D.E. 25].

4.      On March 5, 2023, counsel for Defendant Selenis first appeared on the matter. [D.E. 27].

**1** of **3**

5.      On March 8, 2023, Defendant Selenis filed an Answer to the Complaint. [D.E. 29].

6.      Plaintiff had been unable to begin complying with the August 19, 2022 Paperless Order regarding scheduling the settlement conference prior to March 5, 2023, as Defendant had yet to make an appearance.

7.      Upon Defendant's appearance in the matter, the Parties informally conducted settlement discussions. The Parties also contacted chambers for Magistrate Judge Louis' requirements for a settlement conference to familiarize themselves with the procedure to schedule the settlement conference. The Parties have been informed that Magistrate Judge Louis requires the Parties suggest three (3) dates to the Court via e-mail. The Court will schedule a date based on the Parties' suggested availability.

8.      The Parties have suggested three (3) dates to Magistrate Judge Louis via e-mail and are awaiting the Court's response with respect to scheduling the settlement conference.

9.      Nevertheless, the Parties are continuing settlement discussions and remain optimistic they may be able to resolve this matter without further Court intervention.

10.      The Court's Order to Show Cause also refers to the failure to file a Response to the Statement of Claim.

11.      Defendant Selenis was served with the Statement of Claim on March 9, 2023.

12.      Per the Court's Paperless Order [D.E. 4], Defendant's Selenis' Response is due within 15 days of service, or on before March 26, 2023.

13.      Defendant has fully complied with the Court's order requiring a response within 15 days, as it has filed its Response to the Statement of Claim on March 17, 2023. [D.E. 31].

WHEREFORE, the Parties respectfully submit to the Court that the following shows good cause to comply with the Court's deadlines and

Dated: March 17, 2023                    Dated: March 17, 2023

*s/Toussaint Cummings, Esq.*              *s/ Isaac Mamane*
Toussaint Cummings, Esq. (119877)         Isaac Mamane, Esq.
toussaint@fairlawattorney.com
FAIRLAW FIRM                              Mamane Law LLC
135 San Lorenzo Ave                       10800 Biscayne Blvd., Suite 650
Suite 770                                 North Miami, Florida 33161
Coral Gables, FL 33146                    Telephone (305) 773 - 6661
Tel: 305.230.4884                         E-mail: mamane@gmail.com
*Counsel for Plaintiff*                   Florida Bar No. 44561

## Certificate of Service

I hereby certify that a true and correct copy of Response to Order to Show Cause was sent via CM/ECF to: Brian Pollock, Esq., Toussaint Cummings, Esq. FairLaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146, on this 17th day of March, 2023.

Mamane Law LLC
10800 Biscayne Blvd., Suite 650
Miami, Florida 33161
Telephone (305) 773 - 6661
E-mail: mamane@gmail.com

*s/ Isaac Mamane*
Isaac Mamane, Esq.
Florida Bar No. 44561