UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-22626-KMM

ROCKY RAFAEL FERNANDEZ NAVARRO,

    Plaintiff,

v.

SELENIS TECHNOLOGIES LLC, *et al.*,

    Defendants.

_____/

## SETTLEMENT CONFERENCE ORDER

The undersigned United States Magistrate Judge will conduct a Settlement Conference in this case on **Monday, May 1, 2023, at 9:00 A.M.**, following a referral for that purpose by the Honorable K. Michael Moore (ECF Nos. 4, 30). In preparation for the Settlement Conference, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Settlement Conference on May 1, 2023 **shall** be attended by **all** parties, corporate representatives, and their counsel of record. All persons named as individual parties shall be present and each entity shall have a party representative(s) present with full authority to bind the party up to and including the full amount claimed as damages plus any applicable attorney's fees and costs.

2. The parties shall appear in person at the United States Courthouse, C. Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida, 33128.

3. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s), shall be present. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this conference may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party.

4. The conference will not be continued absent extremely compelling circumstances. Any motion for continuance shall provide dates and times that are available for all parties.

5. The parties shall take note that in civil actions the Court does not provide an interpreter for parties who do not speak English. In the event that a party requires an interpreter, it shall be that party's burden to provide one. The parties may not share an interpreter.

6. The conference shall be conducted without a court reporter and will not be tape-recorded. All representations and statements made at the conference shall remain confidential.

7. In the event this matter settles prior to the conference, the parties shall immediately advise the undersigned's Chambers.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of March, 2023.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE