

Toussaint Cummings <toussaint@fairlawattorney.com>

---

**Rocky Fernandez v Selenis - Confidential Settlement Demand**
4 messages

**Toussaint Cummings** <toussaint@fairlawattorney.com>  Fri, Mar 17, 2023 at 1:0
To: Isaac Work <mamane@gmail.com>
Cc: Bridget Obando <bridget@fairlawattorney.com>, Melody Blanco <melody@fairlawattorney.com>

Hello Issac,

███████████████████████████████████████████████

.

Thank you,

Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Ofc:    305.230.4884
Fax:    305.230.4844
toussaint@fairlawattorney.com
www.fairlawattorney.com

---

**Melody Blanco** <melody@fairlawattorney.com>  Mon, Apr 3, 2023 at 12:49 PM

[text hidden]

---

**Toussaint Cummings** <toussaint@fairlawattorney.com>  Mon, Apr 3, 2023 at 2:
To: Isaac Work <mamane@gmail.com>
Cc: Bridget Obando <bridget@fairlawattorney.com>, Melody Blanco <melody@fairlawattorney.com>

Hello Isaac,

I am following up on this demand. Please advise.

Thank you,

Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Ofc:    305.230.4884
Fax:    305.230.4844
toussaint@fairlawattorney.com
www.fairlawattorney.com

[Quoted text hidden]

---

**Melody Blanco** <melody@fairlawattorney.com>  Wed, Apr 12, 2023 at 10:55 AM

