

Toussaint Cummings <toussaint@fairlawattorney.com>

**(no subject)**
4 messages

---

**Toussaint Cummings** <toussaint@fairlawattorney.com>  Tue, Apr 4, 2023 at 5:5
To: Isaac Work <mamane@gmail.com>
Cc: Bridget Obando <bridget@fairlawattorney.com>, Melody Blanco <melody@fairlawattorney.com>

|  | FairLaw Firm |
|---|---|
| Filer Name | Toussaint M. Cummings |
| Court | United States District Court Southern District of Florida |
| Case Number | 1:22-CV-22626 |
| Case Style | Rocky Fernandez<br><br>v.<br><br>Selenis Technologies LLC |
| Document(s) Served | 1. Plaintiff's first Request for Production to Defendant<br>2. Plaintiff's first Request for Admissions to Defendant |

Thank you,

Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Ofc:   305.230.4884
Fax:   305.230.4844
toussaint@fairlawattorney.com
www.fairlawattorney.com

---

**2 attachments**

📄 **RFA01 to Selenis (Fernandez).pdf**
77K

📄 **RFP01 to Selenis (Fernandez).pdf**
101K

---

**Isaac Mamane, Esq.** <mamane@gmail.com>  Wed, Apr 5, 2023 at 11:39 AM
To: Toussaint Cummings <toussaint@fairlawattorney.com>
Cc: Bridget Obando <bridget@fairlawattorney.com>, Melody Blanco <melody@fairlawattorney.com>

Toussaint,

I've received Interrogatories, Admissions, and Req for Production in this matter in two emails.

Discovery is premature as the parties have not conducted a 26f conference. Discovery is premature under 26d1. The court has required us to conduct the 26f conference and file a scheduling report in the even that we dont settle the case. It appears that it is the court's intention to wait until after the settlement conference to reduce fees on both sides. Will you agree to withdraw the discovery for right now, and re-served upon the conference?

I haven't forgotten about talking settlement. I've just had some issues on my end with getting you a counter. I hope to move along settlement discussions soon.

Sincerely,
**Isaac Mamane, Esq.**
Mamane Law, LLC
10800 Biscayne Blvd., Suite 650
North Miami, Florida 33161
Tel: 305 - 773 - 6661

[Quoted text hidden]

---

**Toussaint Cummings** <toussaint@fairlawattorney.com>  Wed, Apr 5, 2023 at 11:4
To: "Isaac Mamane, Esq." <mamane@gmail.com>
Cc: Bridget Obando <bridget@fairlawattorney.com>, Melody Blanco <melody@fairlawattorney.com>

Hello Isaac,

You are correct about the discovery prior to the 26f conference; that is my oversight. Yes, I will withdraw the discovery so just ignore it for now. Hopefully we can get this case resolved at the conference.

Thank you,

Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Ofc:   305.230.4884
Fax:   305.230.4844

toussaint@fairlawattorney.com
www.fairlawattorney.com

[Quoted text hidden]

---

**Toussaint Cummings** <toussaint@fairlawattorney.com>  Thu, Apr 6, 2023 at 9:
To: "Isaac Mamane, Esq." <mamane@gmail.com>
Cc: Bridget Obando <bridget@fairlawattorney.com>, Melody Blanco <melody@fairlawattorney.com>

Good Morning,

You mentioned that the Court required us to conduct a 26f conference and file a scheduling report if the case doesn't settle.  Can you please point me to that order? I can't find it on the docket.

Thank you,

Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Ofc:    305.230.4884
Fax:    305.230.4844

toussaint@fairlawattorney.com
www.fairlawattorney.com

[Quoted text hidden]