

**Isaac Mamane, Esq. <mamane@gmail.com>**  Apr 5, 2023, 11:39 AM

to Toussaint, Bridget, Melody

Toussaint,

I've received Interrogatories, Admissions, and Req for Production in this matter in two emails.

Discovery is premature as the parties have not conducted a 26f conference. Discovery is premature under 26d1. The court has required us to conduct the 26f conference and file a scheduling report in the even that we dont settle the case. It appears that it is the court's intention to wait until after the settlement conference to reduce fees on both sides. Will you agree to withdraw the discovery for right now, and re-served upon the conference?

Sincerely,
  **Isaac Mamane, Esq.**
  Mamane Law, LLC
  10800 Biscayne Blvd., Suite 650
  North Miami, Florida 33161
  Tel: 305 - 773 - 6661



**Toussaint Cummings**  Apr 5, 2023, 11:44 AM

to me, Bridget, Melody

Hello Isaac,

You are correct about the discovery prior to the 26f conference; that is my oversight. Yes, I will withdraw the discovery so just ignore it for now. Hopefully we can get this case resolved at the conference.

Thank you,
Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Ofc: 305.230.4884
Fax: 305.230.4844
toussaint@fairlawattorney.com
www.fairlawattorney.com