UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22626

ROCKY RAFAEL FERNANDEZ NAVARRO,

Plaintiff,

vs.

SELENIS TECHNOLOGIES LLC,
et al.

Defendants.
_____/

**NOTICE OF CONSENT TO MAGISTRATE JUDGE FOR ALL FURTHER MATTERS**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consented have a United States magistrate judge conduct all further proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

*5/1/23*        */s Toussaint Cummings*
            Toussaint Cummings, Esq.
            On behalf of Plaintiff

*5/1/23*        */s Isaac Mamane*
            Isaac Mamane, Esq.
            On behalf of Defendant