UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22626-MOORE/LOUIS

ROCKY RAFAEL FERNANDEZ NAVARRO,

    Plaintiff,

vs.

SELENIS TECHNOLOGIES LLC,
VALERIO CERRON, AND UWE
CERRON,

    Defendants.
_____/

## JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 25th day of May 2023.

| | |
|---|---|
| s/Toussaint M. Cummings, Esq. | s/Isaac Mamane, Esq. |
| Toussaint M. Cummings, Esq. (119877) | Isaac Mamane, Esq. (44561) |
| toussaint@fairlawattorney.com | mamane@gmail.com |
| FAIRLAW FIRM | Mamane Law LLC |
| 135 San Lorenzo Avenue | 10800 Biscayne Blvd, Suite 650 |
| Suite 770 | Miami, Florida 33161 |
| Coral Gables, FL 33146 | Tel: 305.773.6661 |
| Tel: 305.230.4884 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |