UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22626-MOORE/LOUIS

ROCKY RAFAEL FERNANDEZ NAVARRO,

    Plaintiff,

vs.

SELENIS TECHNOLOGIES LLC,
VALERIO CERRON, AND UWE
CERRON,

    Defendants.
_____/

## PROPOSED ORDER GRANTING MOTION FOR ENTRY OF FINAL JUDGMENT

**THIS CAUSE** came before the Court on June 29, 2023, on Plaintiff's Motion for Entry of Final Judgment, and the Court having been fully advised of the matters involved, GRANTS the Motion:

Plaintiff, Rocky Rafael Fernandez Navarro, is entitled to a Final Judgment in the amount of $23,500.00 due to Defendant, Selenis Technologies LLC's, failure to make any payments due according to the Parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers, at Miami, Florida, on this 29th day of June 2023.

                                              _____
                                              LAUREN FLEISCHER LOUIS
                                              UNITED STATES MAGISTRATE JUDGE

Copies Furnished
Counsel of Record by CM/ECF