UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22626-MOORE/LOUIS

ROCKY RAFAEL FERNANDEZ NAVARRO,

    Plaintiff,

vs.

SELENIS TECHNOLOGIES LLC,

    Defendant.
_____/

## REPLY SUPPORTING PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

The Defendant, Selenis Technologies LLC, agrees that the Court should enter a Default Final Judgment against it. "Defendant Selenis agrees with the salient facts in Plaintiff's motion." [ECF No. 46 at 1.] Mr. Fernandez Navarro is entitled to the entry of a Default Final Judgment for $23,500.00 resulting from the payment default. Judgment should be entered forthwith, since "justice delayed is justice denied." *See Hyde v. Irish*, 962 F.3d 1306, 1309 (11th Cir. 2020).

Dated this 24th day of August 2023.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq (174742)
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Miami, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*